The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL SANCHEZ ABREU,<br><br>Defendant. | No. CR23-030 TL<br><br>ORDER GRANTING MR. SANCHEZ-ABREU'S UNOPPOSED MOTION TO WAIVE PRESENCE AT ARRAIGNMENT |

The Court has considered Mr. Sanchez-Abreu's unopposed motion to waive his presence at his arraignment on the third superseding indictment pursuant to Fed. R. Crim. P. 10(b). Having considered the facts set forth in the motion, as well as the waiver executed by Mr. Sanchez-Abreu, and finding good cause, the Court accepts Mr. Sanchez-Abreu's waiver and excuses him from appearing at his arraignment on the third superseding indictment.

DONE this 2nd day of September, 2025.

*[signature]*
The Honorable Michelle L. Peterson
United States Magistrate Judge

---

ORDER GRANTING MR. SANCHEZ-ABREU'S
UNOPPOSED MOTION TO WAIVE PRESENCE AT
ARRAIGNMENT
(*Juan Manuel Sanchez Abreu*; No. CR23-030 TL) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401