UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>JUAN MANUEL SANCHEZ ABREU,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cr-00030-TL<br><br>ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

The Court has considered the motion to continue the trial date and pretrial motion due date filed by Defendant Juan Sanchez Abreu (Dkt. No. 125), which the Government does not oppose, and has reviewed the facts described in said motion, which the Court finds sufficient to support the following conclusions:

　　a)　a failure to grant the continuance would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

//

//

ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE – 1

b) the case is complex due to the nature of the prosecution, and it would be unreasonable to expect that adequate preparation for pretrial proceedings has been provided, given the current timeline, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

c) a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, given the need for proper investigation, preparation and developing the necessary defenses, as set forth in 18 U.S.C. § 3161(h)(7)(A);

e) the requested trial date of March 23, 2026, is reasonable and would provide counsel the opportunity to prepare for trial; and

f) the period of delay from the date of this motion to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Accordingly, the it is hereby ORDERED:

1. The trial date SHALL be continued until **March 23, 2026, at 9:00 a.m**.

2. Within **thirty (30) days** of this Order, the Parties SHALL file a proposed case schedule that includes the following deadlines:

   a. Expert Discovery (if applicable)
   b. Pretrial Motions (if possible, this deadline should be set for at least six weeks prior to the pretrial conference)
   c. Trial Briefs
   d. Motions *in Limine*
   e. Proposed Jury Questionnaire (if applicable)
   f. Proposed Voir Dire Questions
   g. Proposed Jury Instructions
   h. Proposed Verdict Form
   i. Exhibit Lists
   j. Witness Lists

ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE – 2

In proposing deadlines, the Parties shall bear in mind that the Court generally sets a pretrial conference for at least two Fridays (10 days) before trial and strives to provide rulings on any unresolved pretrial motions, motions *in limine*, and disputed jury-related issues (other than final jury instructions and the verdict form) at the pretrial conference. Therefore, any final briefing and/or documents shall be due at least three days before the pretrial conference, and the Parties shall plan any preceding deadlines accordingly.

IT IS SO ORDERED this 4th day of September, 2025.

_____
Tana Lin
United States District Judge