The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN MANUEL SANCHEZ ABREU,

Defendant.

No. CR23-030 TL

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT SANCHEZ ABREU'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL MEMORANDUM REGARDING SEVERANCE

THIS MATTER comes before the Court on Defendant Juan Manuel Sanchez Abreu's Motion for Leave to File Reply in Support of his Supplemental Memorandum in Support of Motion to Sever Defendants.

The Court GRANTS the motion.

Defendant may file the proposed Reply in Support of his Supplemental Memorandum in Support of Motion to Sever Defendants.

DONE this 6th day of November, 2026.

The Honorable Tana Lin
United States District Judge



Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401